Filed 10/9/24  P. v. Villa CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| THE PEOPLE, | D082395 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN142798) |
| EDWARD VILLA, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Runston G. Maino, Judge.  Dismiss as moot.

Michael C. Sampson, under appointment by the Court of Appeal, for Defendant and Appellant.

Rob Bonta, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Charles C. Ragland, Assistant Attorney General, Melissa Mandel and Seth M. Friedman, Deputy Attorneys General, for Plaintiff and Respondent.

1

Our resolution of *In re Villa*, D083914, by opinion filed this day makes it unnecessary for the court to consider this appeal. The appeal is therefore DISMISSED as moot.

RUBIN, J.

WE CONCUR:


DO, Acting P. J.


KELETY, J.